Creary Mercantile Company, a Corporation Under the Laws of Florida, Plaintiff in Error, vs. J. A. Givens, Defendant in Error.

## DIVISION A.

Writ of error to Circuit Court, Santa Rosa county; Evelyn C. Maxwell, Judge.

*Ernest Amos* and *Blount & Blount,* for Plaintiff in Error.

*Daniel Campbell & Son,* for Defendant in Error.

S. C 43

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Judgment affirmed.